IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION CEDRIC STARKS, | C 10-0062 MMC(PR) |
| Petitioner, | **ORDER ADMINISTRATIVELY CLOSING CASE; DIRECTIONS TO CLERK** |
| vs. | |
| MICHAEL HENNESSEY, | |
| Respondent. | |

On January 6, 2010, the instant action was opened when petitioner, a California prisoner proceeding pro se, sent to the court a habeas corpus petition. A review of the petition shows that it is identical to an earlier petition filed in this court by petitioner on December 30, 2009. See Starks v. Hennessey, No. C 09-6073 MMC (PR). Accordingly, as the instant action was erroneously opened when petitioner sent a hand-written copy of his earlier petition to the court, the Clerk of the Court is hereby DIRECTED to administratively close the case and to terminate all pending motions.

Because the instant action was opened in error, no filing fee is due.

IT IS SO ORDERED.

DATED: January 21, 2010

_____
MAXINE M. CHESNEY
United States District Judge